E-FILED
Thursday, 18 November, 2021  09:18:49 AM
Clerk, U.S. District Court, ILCD

## ESTIMATED COST FOR OFC. DAVIS AS A FULL TIME OFFICER FOR FY 19/20.

| | |
|---|---:|
| 33 part-time days (May 1 through Aug 21) @ 19.05/hr | 5,029 |
| 181 full-time days (Aug 22 through April 30) @ 17.27/hr | 25,007 |
| **PAY ONLY TOTAL** | **30,036** |
| | |
| IMRF contributions @ 14.69% | 3,674 |
| Family insurance (8.5 months X 1,794) | 15,249 |
| Social Security   (6.2%) | 1,862 |
| Medicare (1.45%) | 871 |
| Union dues (9 months) | 387 |
| Worker's comp | 1,275* |
| Unemployment insurance | 486* |
| **TOTAL COMPENSATION PACKAGE** | **53,840** |
| | |
| In-session school days assigned: 14 p/t days @  19.05/hr | 2,134 |
| In-session school days assigned: 154 f/t days @ 17.27/hr | 21,277 |
| **TOTAL SCHOOL WAGES** | **23,411** |
| | |
| School contribution @ 50% | 11,706 |
| School contribution @ 55% | 12,876 |
| School contribution @ 60% | 14,047 |
| | |
| ELIMINATION OF PART-TIME SALARIES (-5,029 FROM ABOVE) | 9,971 |
| ELIMINATION OF 30% OF OVERTIME BUDGET (ESTIMATED) | 10,500 |
| | |
| **TOTAL COST TO CITY W/ 50% SCHOOL CONTRIBUTION** | **21,663** |

**NOTES:**

Ofc. Davis has already had the full-time police academy, and will not require the 80 hour upgrade course in Belleville.

Ofc.  Davis requested not to go full-time until August due to changing child care arrangements.  That is why some of her time above is shown as part-time.

During the Summer months, Ofc. Davis has agreed to float on the schedule as needed to cover vacations and other time-off.  Additionally she has agreed to work Saturday evenings during the summer to allow us double-coverage without employing a part-time officer.

# Exhibit D